UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JERALD D. ALBRECHT, | : | Civil No. 08-1103 (GEB) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| ROSEMARY PINTO; and FELDMAN & PINTO, P.C.; | : | |
| Defendant. | : | |

This matter having come before the Court upon the August 17, 2009 Report and Recommendation of the Honorable Magistrate Judge Bongiovanni recommending that the defendants' Rosemary Pinto and Feldman & Pinto, P.C.'s (collectively "Defendants") motion for summary judgment should be denied; and the Court having reviewed the report and recommendation and the record; and the Court noting that review of a Magistrate Judge's report and recommendation, as well as objections to it, is governed by Local Civil Rule 72.1; and the Court further noting that the rule provides that the Court "shall make a <u>de novo</u> determination of those portions [of the report and recommendation] to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge," L. Civ. R. 72.1(c)(2); and the Court having noted that Defendants have not filed objection with this Court in regard to the report and recommendation; and the Court having further noted that proof of service on Defendants' attorney was filed with the Court on August 24, 2009; and the Court having decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78;

IT IS THIS 7th day of October, 2009, hereby

ORDERED the Court will adopt Judge Bongiovanni's Report and Recommendation; and it is further

ORDERED that the Clerk's Office shall mail a copy of this Order to Plaintiff at his address of record within five days of this date.

                                        s/ Garrett E. Brown, Jr.
                                      GARRETT E. BROWN, JR., U.S.D.J.